

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00201-CR

SULAIMON ALHADAD AKA SALAIMON ALHADAD, Appellant

V.

THE STATE OF TEXAS

§ On Appeal from the 485th District Court

§ of Tarrant County (1563418D)

§ August 3, 2023

§ Memorandum Opinion by Justice Kerr

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr